**Order entered March 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01083-CV

## MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants

### V.

## RED OAK 86, LP. AND CHARLES JOHNSON, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-09010**

## ORDER

Before the Court is court reporter Vielica Dobbins's March 29, 2019 second request for an extension of time to file the record. We **GRANT** the request and **ORDER** the record be filed no later than April 5, 2019. As previously cautioned, further extension requests will be disfavored.

/s/    KEN MOLBERG
           JUSTICE